**In re Paul L. HICKMAN.**

No. 04–1280.

United States Court of Appeals, Federal Circuit.

March 8, 2005.

Before RADER, SCHALL, and BRYSON, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED, *See* Fed. Cir. R. 36.